**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAVA LANIADO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CERTIFIED CREDIT & COLLECTION BUREAU and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No.:<br>3:14-cv-02798-PGS-LHG<br><br>**NOTICE OF CROSS-MOTION**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that on **Monday, July 18, 2016**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff, Nava Laniado, will move before the Honorable Peter G. Sheridan, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, located at 402 E. State Street, Trenton, New Jersey, for an Order granting Plaintiff's Cross-Motion to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion to Amend Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument.

Dated: July 5, 2016

                                        Respectfully submitted,

                                        By:   /s/ Yitzchak Zelman
                                        Yitzchak Zelman, Esq. (YZ5857)
                                        Marcus Zelman, LLC.
                                        1500 Allaire Avenue, Suite 101
                                        Ocean, New Jersey 07712
                                        Phone:      (732) 695-3282
                                        Fax:           (732) 298-6256
                                        *Attorney for the Plaintiff*
                                        *Nava Laniado*